Case 1:17-cv-00041   Document 26   Filed on 12/05/17 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 05, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EAST RIO HONDO WATER SUPPLY CORPORATION, Plaintiff | § § § § | |
| VS. | § § | CIVIL ACTION NO. 1:17-CV-0041 |
| | § § § | |
| CITY OF LOS FRESNOS, TEXAS, Defendant | § § | |

## AGREED JUDGMENT

On the **5th** day of **December**, 2017, came on to be heard the above-titled and numbered cause wherein East Rio Hondo Water Supply Corporation ("*ERHWSC*") is the Plaintiff and the City of Los Fresnos, Texas ("*City*") is the Defendant. The parties appeared by and through their respective attorneys of record and announced to the to the Court that all matters of fact and things of controversy between them had been fully and finally compromised and resolved according to the terms set out in the fully executed Full and Final Settlement, Release and Indemnity Agreement ("*Settlement Agreement*"), and based thereon the Court makes the following orders:

It Is Therefore, Ordered, Adjudged and Decreed by the Court that:

1. City shall pay to ERHWSC the principal amount of one hundred and fifteen thousand, four hundred and fifty one and 16/100ths dollars ($115,451.16) in one hundred and twenty (120) monthly installments in the amount of nine hundred and sixty-two and 9/100ths dollars ($962.09) each, with interest at the yearly rate of zero percent (0%) on the unpaid balance, beginning November 15, 2017, and continuing each month thereafter until October 15, 2027.

2. In the event of a default in payment by Defendant, and this matter is referred to an attorney for collection or enforcement, the City shall pay ERHWSC all costs of collection and enforcement, including reasonable attorney's fees and court costs, in addition to other amounts due.

3. City and ERHWSC shall execute an Exchange Agreement, as set forth in the Settlement Agreement, to delineate the current dually-certified service area into two singly-certified service areas and to obtain the approvals of the transaction from the Public Utility

Commission of Texas ("*PUC*") and the United States Department of Agriculture, Rural Development ("*USDA-RD*").

4. City shall immediately terminate any water supply and/or delivery agreement it has with Town of Indian Lake and shall not provide potable water, either directly or indirectly, to any portion of the Town of Indian Lake lying within ERHWSC's Certificate of Convenience and Necessity. City shall further provide ERHWSC with proof evidencing such termination within 10 days of the effective date of said termination.

5. City shall obtain a permanent and exclusive utility easement on behalf of ERHWSC along the Southern and Eastern boundary of a 11.75 acre tract of land at the Northwest corner of Henderson Road and FM 1575, otherwise known as the "*Disputed Property*."

6. All costs of Court are taxed against the party incurring same.

7. The parties are allowed all such writs and processes as may be necessary in the enforcement of this Agreed Judgment.

8. All relief not expressly granted in denied.

9. The Clerk of the Court is hereby INSTRUCTED to close this case.

_____
JUDGE PRESIDING

**APPROVED:**

By: _____
Richard W. Fryer
State Bar No. 24085316
Fryer & Hansen, PLLC
1352 West Pecan Boulevard
McAllen, Texas 78501
Telephone: (956) 686-6606
Facsimile: (956) 686-6601
Email: Email@fryerandhansen.com
***ATTORNEYS FOR PLAINTIFF
EAST RIO HONDO WATER SUPPLY
CORPORATION***

By: _____
Bradley B. Young
State Bar No. 24028245
Joshua D. Katz
State Bar No. 24044985
Bickerstaff Heath Delgado Acosta, LLP
3711 South MoPac Expressway
Building One, Ste. 300
Austin, Texas 78746
Telephone: (512) 472-8021
Facsimile: (512) 320-5638
Email: byoung@bickerstaff.com
Email: jkatz@bickerstaff.com
***ATTORNEY FOR DEFENDANT
CITY OF LOS FRESNOS, TEXAS***